UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHERYL WILSON, <br><br> **Plaintiff,** <br><br> v. <br><br> MATTOON TOWERS APARTMENTS, et al., <br><br> **Defendants.** | Case No. 23-2216 |

## REPORT AND RECOMMENDATION

On October 2, 2023, Plaintiff filed a Complaint against Defendants Mattoon Police Department, Mattoon Towers Apartments, Mel Rocket, and Promex Midwest Corporation. Defendant Promex Midwest Corporation was served on November 2, 2023, and Defendant Mattoon Powers Apartments was served on November 6, 2023. Both Defendant Promex Midwest Corporation and Defendant Mattoon Powers Apartments have failed to file an answer or otherwise appear.

Plaintiff has taken no steps to pursue this litigation despite Defendant Promex Midwest Corporation's and Defendant Mattoon Powers Apartments' failure to answer as required by Rule 12. On January 10, 2023, the Court entered and Order (#11) directing Plaintiff to show cause why Defendant Promex Midwest Corporation and Defendant Mattoon Powers Apartments should not be dismissed from this case for want of prosecution by January 24. Plaintiff has not responded to the Court's Order.

**Accordingly, the Court recommends that Plaintiff's claims against Defendant Promex Midwest Corporation and Defendant Mattoon Powers Apartments be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this

Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

    ENTERED this 9th day of February, 2024.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE
