UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHERYL WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-CV-2216 |
| MATTOON TOWERS APARTMENTS, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

On October 2, 2023, Plaintiff filed a Complaint against Defendants Mattoon Police Department ("MPD"), Mattoon Towers Apartments, Mel Rocket, and Promex Midwest Corporation. The claims against Mattoon Towers and Promex have been dismissed for want of prosecution (#15), while the claims against Rocket were dismissed pursuant to stipulation between the parties. The MPD is the only remaining defendant.

The MPD filed a Motion to Dismiss for Want of Prosecution (#31) on November 19, 2024. Plaintiff filed no response.

On December 19, 2024, Magistrate Judge Eric I. Long entered a Report and Recommendation (#36), recommending that this court grant the MPD's Motion. Therein, Judge Long observed that "Plaintiff has taken no steps to pursue this litigation since she filed her Complaint over one year ago." Indeed, all mail sent to Plaintiff since

February 27, 2024, has been returned as undeliverable, and attempts to call Plaintiff at the telephone number listed on the court's docket have resulted in an error message after two rings. As Judge Long pointed out, Plaintiff's pro se form Complaint included a section stating: "I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case."

In his Report and Recommendation, Judge Long admonished the parties that any objection to the recommendation must be filed in writing with the Clerk within 14 days of service, and that the failure to object would constitute a waiver of objections on appeal. See 28 U.S.C. § 636(b)(1); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

The time to object to Judge Long's Report and Recommendation has passed, and neither party filed an objection. Therefore, following this court's de novo review of the Report and Recommendation and the reasons for it, this court agrees with and accepts Judge Long's Report and Recommendation (#36). This court agrees that Plaintiff's claims against the MPD should be dismissed for Plaintiff's failure to prosecute the matter.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#36) is accepted by this court.

(2) Defendant Mattoon Police Department's Motion to Dismiss for Want of Prosecution (#31) is GRANTED.

(3) This case is terminated.

ENTERED this 7th day of January , 2025.

<u>s/Colin Stirling Bruce</u>
COLIN S. BRUCE
U.S. DISTRICT JUDGE